UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                                    Criminal No. 21-mj-30334

Kyle Hobbs,

    Defendant
_____/

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                                  Respectfully submitted,

                                                  Saima S. Mohsin
                                                  Acting United States Attorney

                                                  *s/Kevin Mulcahy*
                                                  Kevin Mulcahy
                                                  Assistant United States Attorney
                                                  211 W. Fort Street, Suite 2001
                                                  Detroit, MI 48226
                                                  kevin.mulcahy@usdoj.gov
                                                  (313) 226-9713

Dated: July 7, 2021

**IT IS SO ORDERED.**

s/ Patricia T. Morris
Patricia T. Morris
United States Magistrate Judge

Entered: July 7, 2021