UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No.: 2:21-mj-30334
Honorable Patricia T. Morris

v.

KYLE HOBBS,

Defendant.
_____/

Kevin Mulcahy
United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: (313) 226-9713
Email: kevin.mulcahy@usdoj.gov

SAMUEL J. BENNETT (P79221)
Attorney for Defendant Calwise
25600 Woodward Ave. Ste., 214
Royal Oak, MI 48067
(248) 281-6991; Fax (248) 327-7303
Email: sam@bennettplc.com
_____/

To:   Clerk of the Court
      United States Eastern District Court
      of Michigan Southern Division
      211 West Fort Street, Suite 2001
      Detroit, Michigan 48226

## APPEARANCE

Please enter my Appearance as Attorney on behalf of the above-named

Defendant, KYLE HOBBS.

1

*s/Samuel Bennett*
SAMUEL BENNETT (P79221)
Attorney for Defendant

DATED: July 7, 2021