# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

U.S.A. vs. **Kyle Hobbs**                          Docket No. 21-30334

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Demetrius Hardy, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Kyle Hobbs who was placed under pretrial release supervision by Your Honor sitting in the court at the Eastern District of Michigan, Detroit, on, July 7, 2021 under the following conditions:

1. Report to Pretrial Services as directed.
2. Do not obtain a passport or other international travel document.
3. Travel restricted to the Eastern District of Michigan unless approved by the Court or Pretrial Services.
4. Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.
5. Submit to substance abuse testing as directed by Pretrial Services and participate in an evaluation to assess the presence, nature, and severity of a substance abuse problem.
6. Participate in drug treatment/counseling as directed by Pretrial Services.
7. Participate in the location monitoring program with a GPS technology and curfew as directed by Pretrial Services and pay all or a part of the cost of the location monitoring program based upon your ability to pay as determined by Pretrial Services.
8. Agree not to obtain, view, or possess any sexually explicit, sexually graphic, or erotic materials including images, movies, and print material in any form.
9. Agree to have no contact with minor children under the age of eighteen (18), and not to reside in any household where the victim(s) or minor children live; permitted to have supervised contact with minor children unless prohibited by another Judicial Officer.
10. Permitted to have contact with minor sons.
11. Not to obtain employment or participate in any volunteer activity during which there is unsupervised contact with minors under the age of eighteen (18).
12. Agree not to visit any areas within 100 yards of any school, day care center, park, or other place where children congregate; agree to only reside in a residence approved, in advance, by the pretrial services office or supervising officer.
13. Any changes in the residence must be pre-approved by the pretrial services office or supervising officer.
14. Agree to participate in the computer restriction program and abide by the rules and requirements which will allow the use of computers or connected devices at home or any other location, including employment, and will permit access to the internet, provided required installation of monitoring software by the Pretrial Services Office or supervising officer on any computer, cell phone or other internet connective device you have access to. You are required to permit search of your vehicle, residence (to include, buildings or structures attached to or located at the residence address) and/or computer by the supervising officer or designated pretrial services personnel to assist in ensuring compliance with these conditions.

15. Do not patronize or be in or around places where sexually explicit materials or stimuli are available (i.e. nude dancing clubs, pornography shops, etc.).
16. Participate in specialized services evaluation and treatment.
17. Obtain medical or mental health treatment as directed.
18. Not possess any firearm or other dangerous weapon.

On July 28, 2021, Your Honor signed an Order to Amend Conditions of Release allowing the defendant to perform his work duties as a driver for various delivery services. Defendant is granted permission to deliver for Shipt, Instacart, and Door Dash while subject to the conditions of release, which would include amending the times Pretrial Services has already established for his GPS tether.

The defendant's adjustment to bond is good. He remains in compliance with bond, location monitoring, and special conditions.

**Respectfully presenting petition for action of court for the following amendments to bond conditions:**

As noted above, bond conditions 9 and 10 are in conflict with each other.

**PRAYING THAT THE COURT WILL ORDER THE ABOVE NOTED AMENDMENTS TO BOND.**

The defendant is permitted to reside with and have unsupervised contact with his own minor children. All other bond conditions remain in effect.

Assistant United States Attorney Kevin Mulcahy and Defense Counsel Samuel James Bennett are both in agreement with the requested amendments.

ORDER OF COURT

Considered and ordered this __16__ day of __August__, 2021 and ordered filed and made a part of the records in the above case.

_____
Honorable Patricia T. Morris
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

_____
Demetrius Hardy
U.S. Pretrial Services Officer

Place: Detroit, Michigan
Date: August 11, 2021