UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KYLE HOBBS

        Defendant.

Criminal No.: 2:21-mj-30334

Hon. Patricia T. Morris

---

**STIPULATION AND ORDER, TO AMEND CONDITIONS OF RELEASE**

---

       The parties stipulate and jointly move to amend Defendant's conditions of release to allow him to pick up and drop off his son at school (Carpenter Elementary School, 2290 Flintridge Street, Lake Orion, Michigan 48359 and Waldon Middle School, 2509 Waldon Road, Orion Charter Township, Michigan 48360), while subject to all other release conditions.

Respectfully Submitted,

SAMUEL J. BENNETT
Attorney for Defendant


/s/Samuel Bennett
Samuel Bennett
Attorney for Defendant
25600 Woodward Ave., Ste. 214
Royal Oak, MI 48067
sam@bennettplc.com
(248) 281-6991

/s/Kevin Mulcahy (w/ permission)
Kevin Mulcahy
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
Kevin.mulcahy@usdoj.gov
(313) 226-9713

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KYLE HOBBS

    Defendant.

Criminal No.: 2:21-mj-30334

Hon. Patricia T. Morris

---

**ORDER TO AMEND CONDITIONS OF RELEASE**

---

Defendant's conditions of release are amended to allow him to pick up and drop off his son at school (Carpenter Elementary School, 2290 Flintridge Street, Lake Orion, Michigan 48359 and Waldon Middle School, 2509 Waldon Road, Orion Charter Township, Michigan 48360), while subject to all other release conditions.

IT IS SO ORDERED.

Date: September 7, 2021

S/ PATRICIA T. MORRIS
Patricia T. Morris
United States Magistrate Judge