AO 442 (Rev. 11/11) Arrest Warrant

AUSA: Kevin Mulcahy  Telephone: (313) 226-9100
Special Agent: Amy Hirina  Telephone: (248) 879-6090

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Kyle Hobbs

Case No. 2:21-mj-30334

## ARREST WARRANT

FILED USDC - CLRK DET
2021 SEP 30 PM 2:27

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) Kyle Hobbs
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Violations of 18 USC §§ 2252A(a)(2) and 2252A(a)(5)(b) - receipt and possession of child pornography.

Date: July 6, 2021

*Issuing officer's signature*

City and state: Detroit, Michigan

Hon. Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on (date) 7/6/2021, and the person was arrested on (date) 7/7/2021
at (city and state) Rochester, MI

Date: 7/7/21

*Arresting officer's signature*

Amy Hirina, Special Agent
*Printed name and title*
FBI

Distribution: Original Court – 1 copy U.S. Marshal – 2 copies USA