UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KYLE HOBBS

        Defendant.

Criminal No.: 2:21-mj-30334

Hon. Patricia T. Morris

---

**STIPULATION AND JOINT MOTION, AND ORDER, TO AMEND CONDITIONS OF RELEASE**

---

        The parties stipulate and jointly move to amend Defendant's conditions of release to allow him to travel to Richfield Park BMX Track (6550 N. Irish Road, Davison, Michigan 48423) and Waterford Oaks BMX Track (1702 Scott Lake Road, Waterford Township, Michigan 48328), during the summer months of 2022 for the purpose of attending competitive dirt bike competitions involving his son and brother, while subject to all other release conditions.

Respectfully Submitted,

SAMUEL J. BENNETT
Attorney for Defendant

SJB/rl

| | |
|---|---|
| */s/Samuel Bennett* | */s/Kevin Mulcahy (w/permission)* |
| Samuel Bennett | Kevin Mulcahy |
| Attorney for Defendant | Assistant United States Attorney |
| 25600 Woodward Ave., Ste. 214 | 211 W. Fort St., Ste. 2001 |
| Royal Oak, MI 48067 | Detroit, MI 48226 |
| sam@bennettplc.com | Kevin.mulcahy@usdoj.gov |
| (248) 281-6991 | (313) 226-9713 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KYLE HOBBS

    Defendant.

Criminal No.: 2:21-mj-30334

Hon. Patricia T. Morris

---

### ORDER TO AMEND CONDITIONS OF RELEASE

Defendant's conditions of release are amended to allow him to travel to Richfield Park BMX Track (6550 N. Irish Road, Davison, Michigan 48423) and Waterford Oaks BMX Track (1702 Scott Lake Road, Waterford Township, Michigan 48328), during the summer months of 2022 for the purpose of attending competitive dirt bike competitions involving his son and brother, while subject to the conditions of release which would include amending the times Pretrial Services has already established for his GPS tether.

IT IS SO ORDERED.

Date: April 1, 2022

_____
*Judicial Officer's Signature*

Patricia T. Morris, U.S. Magistrate Judge
*Printed name and title*